2007–0776.   **State ex rel. Biehle v. Perz.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of the joint application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.